STATE EX REL. BALLEW *v.* SMITH, JUDGE

[No. O-265. Filed March 19, 1952.]

*Jack A. Ballew, pro se.*

PER CURIAM.—Petitioner filed his verified motion seeking a writ of mandate against respondent to com-

pel him to perform certain acts relating to matters allegedly pending in the Carroll Circuit Court.

Petitioner has failed to comply with Rule 2-35 of this court, 1949 Revision, which provides for the filing of certified copies of all pleadings, orders and entries pertaining to the subject matter, and the petition herein is, therefore, dismissed.

*Beamon* v. *State* (1951), 230 Ind. 84, 101 N. E. 2d 819.

NOTE.—Reported in 104 N. E. 2d 575.